CROSBY, Respondent, v. WOLEBEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by Charles R. Crosby against Delos A. Woleben. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals (from 134 N. Y. Supp. 328) denied.

CROWLEY, Respondent, v. SUN INS. OFFICE, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by Thomas J. Crowley against the Sun Insurance Office, impleaded with others. No opinion. Interlocutory judgment affirmed, with costs, with leave to the appellant to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

CRUVER MFG. CO., Appellant, v. SPOONER, Respondent. (Supreme Court, Appellate Division, Third Department. March 26, 1912.) Action by the Cruver Manufacturing Company against William Spooner.

PER CURIAM. Order modified, by providing as a condition of leave granted to defendant to amend his answer, the payment of all costs from the time the former answer was served to the making of the motion, including costs of appeal from the former judgment, and, as so modified, affirmed, with $10 costs and disbursements of this appeal to appellant. See, also, 147 App. Div. 471, 131 N. Y. Supp. 866.

CUMMINGS v. CARRINGTON et al. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by Michael J. Cummings against Frederick T. Carrington and others. No opinion. Order affirmed with $10 costs and disbursements.

CUPPY v. STOLLWERCK BROS. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Hazlitt A. Cuppy against Stollwerck Bros. No opinion. Motion granted, on compliance by appellant with the terms stated in order. Order filed.

D'AMATO et al., Appellants, v. SILVERMAN, Respondent. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Giovanni D'Amato and others against Morris R. Silverman. S. A. Berger, for appellants. A. Rosenstein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DE CRISTOFANO, Respondent, v. RISOLO et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 29, 1912.) Action by Michele De Cristofano against Alfonso Risolo and another. No opinion. Judgment and order affirmed, with costs.

DE PARIS, Respondent, v. RUTLAND R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 26, 1912.) Action by Elizabeth De Paris against the Rutland Railroad Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to defendant to abide the event of the action.

BETTS, J., dissents.

DES JARDINS v. HOTCHKIN. TAYLOR v. HEFT. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Actions by Emile G. Des Jardins against Walter B. Hotchkin and by Caroline J. Taylor against Nathan H. Heft. No opinion. Motions granted, unless appellants comply with terms stated in orders. Orders filed. See, also, 139 App. Div. 932, 124 N. Y. Supp. 1132; 142 App. Div. 845, 127 N. Y. Supp. 504.

DIAMOND v. MENDELSOHN. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Jacob Diamond against Herman T. Mendelsohn. No opinion. Application granted. Order signed. See, also, 132 N. Y. Supp. 770.

DICKERSON, Respondent, v. MUSICA, Appellant. (Supreme Court, Appellate Division, Second Department. March 29, 1912.) Action by William K. Dickerson against Philip M. Musica. No opinion. Appeal dismissed, with costs, on the authority of Loper v. Wading River Realty Co., 143 App. Div. 168, 127 N. Y. Supp. 1000.

DILLUVIO, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 29, 1912.) Action by Pietro Dilluvio against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re DRUMMER. (Supreme Court, Appellate Division, Fourth Department. March 13, 1912.) In the matter of the application of Andrew C. Drummer, an elector of the town of Dayton, for a writ of certiorari to the Town Board of the Town of Dayton.

PER CURIAM. The determination of the present appeal is held until the review of the proceeding by the court after the filing of the return.

DUNCAN, Respondent, v. DUNCAN, Appellant. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Ellen M. Duncan against Fred A. Duncan. P. N. Turner, for appellant. C. W. Gould, for respondent. No opinion. Order reversed, and motion granted, to the extent of reducing alimony to $15 a week for the support of the children. Settle order on notice.